ORIGINAL

FILED

08/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0443

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0443

RAMES, INC. FORMERLY d/b/a CENTRAL INS. AGENCY,

Petitioner,

v.

MONTANA ELEVENTH JUDICIAL DISTRICT COURT, FLATHEAD COUNTY HONORABLE ROBERT B. ALLISON, Presiding,

Respondent.

FILED

AUG 1 6 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Petitioner Rames, Inc., seeks a writ of supervisory control over the Eleventh Judicial District Court, Flathead County, in its Cause No. DV-15-2020-521. Rames, Inc., alleges that the court erred in its rulings in the court's February 28, 2022 Order Re: Summary Judgment, April 26, 2022 Order Re: Remaining Issues, and August 9, 2022 Order Regarding Witnesses and New Defense.

Supervisory control is an extraordinary remedy that is sometimes justified when urgency or emergency factors exist making the normal appeal process inadequate, when the case involves purely legal questions, and when the other court is proceeding under a mistake of law and is causing a gross injustice, constitutional issues of state-wide importance are involved, or, in a criminal case, the other court has granted or denied a motion to substitute a judge. M. R. App. P. 14(3). Consistent with Rule 14(3), it is the Court's practice to refrain from exercising supervisory control when the petitioner has an adequate remedy of appeal. *E.g., Buckles v. Seventh Judicial Dist. Court*, No. OP 16-0517, 386 Mont. 393, 386 P.3d 545 (table) (Oct. 18, 2016); *Lichte v. Mont. Eighteenth Judicial Dist. Court*, No. OP 16-0482, 385 Mont. 540, 382 P.3d 868 (table) (Aug. 24, 2016).

Rames, Inc., offers no argument as to why the normal appeal process would be inadequate in this case. It thus has not met the threshold requirements for consideration of a petition for writ of supervisory control under M. R. App. P. 14(3).

Therefore,

IT IS ORDERED that the Petition for Writ of Supervisory Control is DENIED and DISMISSED.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Eleventh Judicial District Court, Flathead County, Cause No. DV-15-2020-521, and the Honorable Robert B. Allison, presiding.

DATED this 16th day of August, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2